**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6951**

---

WILMER JEROME KNIGHT,

　　　　　　Plaintiff – Appellant,

　　　v.

OFFICER SHEPPHERD; OFFICER PARKS,

　　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Chief District Judge. (7:14-cv-00687-GEC-RSB)

---

Submitted: November 13, 2015　　　Decided: January 6, 2016

---

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wilmer Jerome Knight, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilmer Jerome Knight appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Knight v. Sheppherd, No. 7:14-cv-00687-GEC-RSB (W.D. Va. May 22, 2015). We deny Knight's motions for reconsideration, to vacate, for judgment and for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED